No. 63650.—Airport Clearance Service *v.* United States, protest 59/10701 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63651.—Victory Shipping Co., Inc. *v.* United States, protest 59/10703 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63652.—Meadows Wye & Co., Inc. *v.* United States, protest 59/11046 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63653.—Frazer & Company, Inc. *v.* United States, protest 59/11126 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63654.—Railway Express Agency *v.* United States, protest 59/11474 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63655.—Rohner Gehrig & Co., Inc. *v.* United States, protest 59/11611 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63656.—S. M. Wolff Company *v.* United States, protest 59/7404 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63657.—Air Clearance Assn., Inc. *v.* United States, protest 59/10730 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.